Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT

for the

### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JUN -5 AM 11: 26

OFFICE OF THE CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Marcus Ford                **Docket Number:** 8:01CR55

**Sentencing Judge:** Honorable Joseph F. Bataillon
Chief U.S. District Judge

**Date of Original Sentence:** December 11, 2001

**Original Offense:** Robbery of US Property

**Original Sentence:** 41 months imprisonment; 3 years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** September 27, 2004

---

## PETITIONING THE COURT

___   To extend the term of supervision for _____, for a total term of _____.

 X   To modify the conditions of supervision as follows:

The defendant shall enter and participate in a community confinement program, in the community correction's component with work release for a period of 120 days or until discharged by the United States Probation Office pursuant to 18 U.S.S.G. 3563(b)(11).

**Ford, Marcus**
**Request for Modifying the Conditions**
May 31, 2006

## CAUSE

Mr. Ford has been supervised for approximately 18 months and has only been employed for approximately two months of that time. He has been referred to numerous employers, as well as Workforce Development, but has been unable to obtain and maintain employment. He has had no consistent residence during the last 18 months. He has lived with several different girlfriends as well as family. It is hoped that CH will provide him with the structure needed to help him reestablish himself in the community.

Respectfully submitted,

Michael W. Tolley, Senior
U.S. Probation Officer

Reviewed by,

John A. Hill, Supervising
U.S. Probation Officer


THE COURT ORDERS

____ No Action

____ The Extension of Supervision as noted above

_X_ The Modification of Conditions as noted above

____ Other

Honorable Joseph F. Bataillon
Chief U.S. District Judge

Date 6/2/06

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

The defendant shall enter and participate in a community confinement program, in the community correction's component with work release for a period of 120 days or until discharged by the United States Probation Office pursuant to 18 U.S.S.G. 3563(b)(11).

Witness: _____
Michael W. Tolley
U.S. Probation Officer

Signed: _____
Marcus Ford
Offender

Date: 05-25-06