IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:01CR55 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MARCUS FORD, | ) | |
| Defendant. | ) | |

Defendant Marcus Ford appeared before the court on February 8, 2007 on a Petition for Summons for Offender Under Supervision [141]. The defendant was represented by the Assistant Federal Public Defender David M. O'Neill and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. The defendant denied the allegations. The government did not move for detention. The defendant was released on current conditions of supervision.

IT IS ORDERED:

1. The Federal Public Defender is appointed to represent the above named defendant.

2. A hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:00 a.m., on March 1, 2007.** Defendant must be present in person.

3. Defendant is released on current conditions of supervision with the special condition that he have no contact, directly or indirectly, with his girlfriend, Ms. Marquetta Love.

Dated this 9th day of February 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge